USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAZMUL HUSSAIN,

Plaintiff,

-against-

TRISTAN WINSTEAD, JOHN DOE (name being Fictitious and unknown), JANE DOE (name being Fictitious and unknown), EVERGREEN EAST CORP., RYDER TRUCK RENTAL INC. and RYDER CLAIMS SERVICES CORPORATION,

Defendants.

26 Civ. 9261 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On October 22, 2026, Plaintiff filed a notice of removal from Supreme Court, Bronx County, pursuant to 28 U.S.C. § 1441. *See* ECF No. 4. Accordingly, by **December 3, 2026**, Plaintiff shall advise the Court whether he contests removal, and if so, on what basis.

SO ORDERED.

Dated: November 19, 2026
New York, New York

ANALISA TORRES
United States District Judge